NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INNOVATIVE PATENTS, LLC AND FORCEFIELD, LLC,**
*Plaintiffs-Appellants,*

v.

**BRAIN-PAD, INC.,**
*Defendant-Appellee.*

_____

2010-1531

_____

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0680, Magistrate Judge Mary Patricia Thynge.

_____

**ON MOTION**

_____

Before RADER, *Chief Judge*, NEWMAN and BRYSON, *Circuit Judges*.

BRYSON, *Circuit Judge*.

**O R D E R**

Brain-Pad, Inc. moves to dismiss Innovative Patents, LLC and Forcefield, LLC (Innovative)'s appeal for failure to prosecute. Innovative has failed to respond.

After missing their initial deadline to file an entry of appearance, certificate of interest, and docketing statement, this court directed Innovative to file those items by October 12, 2010. Innovative has still failed to comply with that directive. Innovative has also failed to file its initial brief. Failure to comply with the court's rules, including the requirements for preparing and filing briefs and other papers may result in dismissal of an appeal for failure to prosecute. *See Julien v. Zeringue*, 864 F.2d 1572, 1574 (Fed. Cir. 1989).

Accordingly,

IT IS ORDERED THAT:

The motion to dismiss is granted.

<table>
<tr><td>

**APR 0 6 2011**

Date
</td><td>

FOR THE COURT
/s/ Jan Horbaly
Jan Horbaly
Clerk
</td></tr>
</table>

cc: Jeffrey K. Martin, Esq.
　　John C. Connell, Esq.

s19

Issued As A Mandate: ___APR 0 6 2011___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2011

JAN HORBALY
CLERK